■   THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM JOHN MEEGAN, Appellant.—Appeal from a judgment of the County Court of Sullivan County, rendered August 31, 1977, which resentenced defendant, following our remittal for that purpose (People v Meegan, 59 AD2d 576), to an indeterminate term of imprisonment not to exceed seven years upon his plea of guilty to the crime of attempted manslaughter in the second degree, a class D felony. Judgment affirmed. No opinion. Mahoney, P. J., Greenblott, Kane, Main and Mikoll, JJ., concur.